**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10404 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-01865-RCC |
| v. | |
| JOSE MARAVILLA-LEON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted March 6, 2012[**]

Before:     B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Jose Maravilla-Leon appeals from the 46-month sentence imposed following

his jury-trial conviction for possession with intent to distribute marijuana, in

violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).  We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

28 U.S.C. § 1291, and we affirm.

Maravilla-Leon contends that the district court erred by denying a minor role adjustment pursuant to U.S.S.G. § 3B1.2(b). The district court did not clearly err in denying the adjustment. *See* U.S.S.G. § 3B1.2 cmt. n. 3(A); *United States v. Hursh*, 217 F.3d 761, 770 (9th Cir. 2000).

Maravilla-Leon also contends that because the jury did not make a weight determination as to the weight of the drugs seized, the district court was limited to a weight determination of 50 kilograms pursuant to 21 U.S.C. § 841(b)(1)(D). This argument fails because the district court may determine drug quantity as long as that determination does not have the effect of increasing the statutory maximum sentence. *See United States v. Alvarez*, 358 F.3d 1194, 1211-12 (9th Cir. 2004).

**AFFIRMED.**